# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Kiril Gantchev, et al.

                           Plaintiff,

v.                                                      Case No.: 1:09–cv–02349

                                                            Honorable Joan B. Gottschall

Predicto Mobile, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Defendant Open Market, Inc's unopposed motion for extension of time to answer or otherwise plead to amended complaint ten days after the issuance of a ruling on Plaintiffs' motion to remand [5] is granted; ( Status hearing set for 6/17/2009 at 10:00 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.