**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Kiril Gantchev, et al.
                      Plaintiff,

v.                                          Case No.: 1:09−cv−02349
                                                                   Honorable Joan B. Gottschall

Predicto Mobile, LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall: Briefing schedule as to motion to consolidate cases[9] :( Responses due by 6/4/2009, Replies due by 6/11/2009.) Ruling by mail. Status hearing set for 6/17/2009 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.