# United States District Court
# Northern District of Illinois

In the Matter of

Gantchev, et al

v.

Predicto Mobile, LLC, et al

Case No. 09 C 2349

Designated Magistrate Judge
Morton Denlow

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Joan B. Gottschall** to be related to **09 C 2312** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Ronald A. Guzman

Dated: July 7, 2009

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ronald A. Guzman.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: 7/8/09

Finding of Relatedness (Rev. 9/99)