# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2349 | **DATE** | 8/5/2009 |
| **CASE TITLE** | Gantchev vs. Predicto Mobile, LLC | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that the above entitled action is hereby consolidated for all purposes with 09 C 2312. It is further ordered that all issues having been consolidated under 09 C 2312 the above entitled action is hereby dismissed. All further pleadings are to be filed in 09 C 2312.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | CG |
|---|---|---|